UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STAR INSURANCE COMPANY,

    Plaintiff,

v.                                                                    CASE NO: 8:01-cv-79-T-23MAP

DEVITO CONTRACTING AND
SUPPLY, INC., et al,

    Defendants.
_____/

### **ORDER**

    Nicholas Devito files (Doc. 73) a suggestion of bankruptcy.  Accordingly, pursuant to 11 U.S.C. § 362, this action is **STAYED** as to Nicholas Devito pending further order.  Nicholas Devito shall notify the court within ten (10) days of either the termination of the bankruptcy proceeding or the entry of an order by the bankruptcy court lifting or modifying the automatic stay.

    ORDERED in Tampa, Florida, on June 30, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge
        Courtroom Deputy